727 A.2d 122

**Carmen BORGIA, Petitioner,**

v.

**PRUDENTIAL INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

April 5, 1999.

120

## ORDER

PER CURIAM:

**AND NOW**, this 5 <sup>th</sup>day of April, 1999, the petition for allowance of appeal is **GRANTED**. The parties are directed to address the following issues:

1) Whether this matter is controlled by common law arbitration principles.

2) If so, whether the Superior Court exceeded its scope of review when it determined that this matter should not have been submitted to arbitration.